In the Matter of the Judicial Settlement of the Account of Proceedings of EDNA LOUISE FRANKLIN, as Administratrix de Bonis Non of the Goods, Chattels and Credits of MORRIS FRANKLIN COVERT, Deceased. EUGENIE M. FRYER and Others, Appellants; EDNA LOUISE FRANKLIN, as Administratrix de Bonis Non, etc., of MORRIS FRANKLIN COVERT, Deceased, Respondent.— Motion to dismiss appeals granted, without costs to either party, pursuant to stipulation filed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application of FOX MEADOW ESTATES, INC., Respondent, against EARL C. CULLEY, as Building Inspector of the Village of Scarsdale, Appellant, for an Order of Mandamus.— Motion to resettle order granted. Order signed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Application to Vacate the Decree Admitting to Probate the Last Will and Testament of EDWARD A. FRIES, Deceased, and to Grant Contestants a New Trial. GEORGE ACKER and Others, Appellants; MANUFACTURERS TRUST COMPANY and Another, as Executors, etc., Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Young, Kapper, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

In the Matter of the Claim of the FIRST METHODIST EPISCOPAL CHURCH OF MOUNT VERNON against the Estate of GEORGE HOWARD, Deceased. MAUD M. HOWARD, Individually and as Trustee, Appellant; FIRST METHODIST EPISCOPAL CHURCH OF MOUNT VERNON, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Petition of SAMUEL M. MEEKER for the Settlement of His Intermediate Account as Successor Trustee under the Last Will and Testament of AUGUSTUS A. LEVERICH, Deceased. BENJAMIN GROBERG, as Receiver, etc., of A. LYLE LEVERICH, Deceased, and Others, Appellants; CHRISTOPHER W. WOHLERS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Petition of SAMUEL M. MEEKER for the Settlement of His Intermediate Account as Successor Trustee under the Last Will and Testament of AUGUSTUS A. LEVERICH, Deceased. BENJAMIN GROBERG, as Receiver, etc., of A. LYLE LEVERICH, Deceased, and Others, Appellants; CHRISTOPHER W. WOHLERS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Petition of SAMUEL M. MEEKER for the Settlement of His Intermediate Account as Successor Trustee under the Last Will and Testament of AUGUSTUS A. LEVERICH, Deceased. BENJAMIN GROBERG, as Receiver, etc., of A. LYLE LEVERICH, Deceased, and Others, Appellants; CHRISTOPHER W. WOHLERS, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

In the Matter of the Transfer Tax upon the Estate of A. ALBERT SACK, Deceased. INDUSTRIAL TRUST COMPANY OF PROVIDENCE, RHODE ISLAND, Executor, etc., of A. ALBERT SACK, Deceased, Appellant; STATE TAX COMMISSION, Respondent.— Motion for leave to appeal to the Court of Appeals granted. ▮ The following ques-